IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUNNE KYOO KOH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-16-932-M |
| ) | |
| WARDEN BERKEBILE, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On June 1, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 be dismissed without prejudice. Petitioner was advised of his right to object to the Report and Recommendation by June 22, 2017. On June 12, 2017, petitioner filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 10] issued by the Magistrate Judge on June 1, 2017, and

(2) DISMISSES the Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 without prejudice.

**IT IS SO ORDERED this 15th day of June, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE